**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 17−20418−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Nancy J. Brown
   fka Nancy J. Gorman
   441 Thomas Street
   Monroeville, PA 15146

Social Security No.:
   xxx−xx−1389

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Franklin L. Robinson Jr.
5907 Penn Avenue, Suite 212
Pittsburgh, PA 15206
Telephone number: 412−363−6685

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
May 8, 2017
11:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

CONFIRMATION HEARING DATE/TIME/LOC
May 8, 2017
11:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 3/31/17

BY THE COURT

Gregory L. Taddonio
Judge

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 17-20418-GLT
Nancy J. Brown                                                          Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0315-2          User: dkam                  Page 1 of 2                  Date Rcvd: Mar 31, 2017
                              Form ID: rsc13              Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2017.
db             +Nancy J. Brown,    441 Thomas Street,    Monroeville, PA 15146-4660
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14359281       +Alfieri Funeral Home, Inc.,    201 Marguerite Avenue,    Wilmerding, PA 15148-1207
14359282       +Bank Of America,    PO Box 15222,    Wilmington, DE 19886-5222
14360008       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,   Southfield MI 48034-8331
14359284      #+Equitable Gas,    PO Box 6766,    Pittsburgh, PA 15212-0766
14359286       +Monroeville Municipal Authority,    219 Speelman Lane,    Monroeville, PA 15146-3903
14359287       +NCO Financial,    P.O. Box 15270,    Wilmington, DE 19850-5270
14367173       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 01 2017 01:42:37      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
14359283       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Apr 01 2017 01:43:35      Duquesne Light Company,
                 Payment Processing Center,    Pittsburgh, PA 15267-0001
14382972       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 01 2017 01:38:16
                 PYOD, LLC its successors and assigns as assignee,    of Springleaf Financial Services Of,
                 Indiana, Inc.,    Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
14359288       +E-mail/Text: RMOpsSupport@alorica.com Apr 01 2017 01:43:07      West Asset Management,
                 7171 Mercy Road,    Omaha, NE 68106-2620
                                                                                               TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14359659*      +Alfieri Funeral Home, Inc.,    201 Marguerite Avenue,    Wilmerding, PA 15148-1207
14369540*      +Alfieri Funeral Home, Inc.,    201 Marguerite Avenue,    Wilmerding, PA 15148-1207
14359660*      +Bank Of America,    PO Box 15222,    Wilmington, DE 19886-5222
14369541*      +Bank Of America,    PO Box 15222,    Wilmington, DE 19886-5222
14359661*      +Duquesne Light Company,    Payment Processing Center,    Pittsburgh, PA 15267-0001
14369542*      +Duquesne Light Company,    Payment Processing Center,    Pittsburgh, PA 15267-0001
14359662*      +Equitable Gas,    PO Box 6766,    Pittsburgh, PA 15212-0766
14369543*      +Equitable Gas,    PO Box 6766,    Pittsburgh, PA 15212-0766
14359663*      +Gordon & Weinberg, P.C.,    1001 E. Hector Street, Suite 220,   Conshohocken, PA 19428-2395
14369544*      +Gordon & Weinberg, P.C.,    1001 E. Hector Street, Suite 220,   Conshohocken, PA 19428-2395
14359664*      +Monroeville Municipal Authority,    219 Speelman Lane,    Monroeville, PA 15146-3903
14369545*      +Monroeville Municipal Authority,    219 Speelman Lane,    Monroeville, PA 15146-3903
14359665*      +NCO Financial,    P.O. Box 15270,    Wilmington, DE 19850-5270
14369546*      +NCO Financial,    P.O. Box 15270,    Wilmington, DE 19850-5270
14359666*      +West Asset Management,    7171 Mercy Road,    Omaha, NE 68106-2620
14369547*      +West Asset Management,    7171 Mercy Road,    Omaha, NE 68106-2620
14359285      ##+Gordon & Weinberg, P.C.,    1001 E. Hector Street, Suite 220,   Conshohocken, PA 19428-2395
                                                                                 TOTALS: 2, * 17, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2017                           Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: dkam              Page 2 of 2              Date Rcvd: Mar 31, 2017
                              Form ID: rsc13          Total Noticed: 13
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2017 at the address(es) listed below:

```
              Franklin L. Robinson, Jr.    on behalf of Debtor Nancy J. Brown frobi69704@aol.com,
               flrlegal@excite.com
              James    Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 6
```