# MINUTES OF CHAPTER 13 § 341 MEETING OF CREDITORS AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Brown** _____ JAD/TPA/CMB/(GLT)

Date of Meeting: 5/8/17

Case Number: 17-20418    Recording # 8

Debtor(s) present ✓ or Not Present ___ (___No Payments Made or ✓ partial payments)

Attorney for debtor(s) **Robinson** (Present ✓ or Not Present ___)

Date of Plan at § 341: 2-23-17   Applicable commitment period ✓ 3 yrs ___ 5 yrs

2012 + 2015 ch 13's DM

c#1 joint with a 3rd party who pays it.

___✓ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD               ___ Order to Show Cause Requested
                                   ___ To be rescheduled by Clerk

___✓ Confirmation Order recommended    ___ Final    ___ Interim
___✓ Amended Plan due: 5-29-17 ; Objections due: 6-29-17

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___✓ Continued to:
    ___ 341 Meeting   OR ✓ ___ Conciliation Conf. OR ___ *Contested Hearing
    On 7-6-17          at 10:00 am/pm Location 3251 US Steel

_____
Chapter 13 Trustee/Attorney for Trustee