IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Nancy J. Brown, | ) | CASE NO.: 17-20418 |
|     Debtor, | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| Nancy J. Brown, | ) | Hearing Date and Time: |
|     Movant, | ) | 7/6/2017 at 10:AM |
| | ) | |
|     vs. | ) | |
| | ) | |
| Alfieri Funeral Home, Inc., Bank of America, | ) | |
| Duquesne Light Company, Equitable Gas, Gordon | ) | |
| & Weinberg, P.C., Monroeville Municipal | ) | |
| Authority, NCO Financial, West Asset Management | ) | |
| Ronda Winnecour, Trustee, | ) | |
|     Respondents. | ) | |

**CERTIFICATE OF SERVICE OF ORDER SCHEDULING HEARING ON CHAPTER 13 PLAN DATED 2/23/2017**

     I certify under penalty of perjury that I served above captioned pleading on the parties at the addresses specified below or on the attached list on   5-12-2017   .

     The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or other types of service) was   First-Class Mail         .

     If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification." and those served by mail will be listed under the heading "Service by First-Class Mail."

5-12-2017                                       Franklin L. Robinson Jr.,  Esquire    /s/

Date                                             Franklin L. Robinson Jr., Esquire

                                     5907 Penn Avenue

                                     Suite 200

                                     Pittsburgh, PA 15206

                                     (412) 363-6685

                                     PA ID No. # 74464

                                     Frobin69704@aol.com

BROWN

Alfieri Funeral Home, Inc.
201 Marguerite Avenue
Wilmerding, PA  15148


Bank Of America
PO Box 15222
Wilmington, DE  19886


Duquesne Light Company
Payment Processing Center
Pittsburgh, PA  15267


Equitable Gas
PO Box 6766
Pittsburgh, PA  15212


Gordon & Weinberg, P.C.
1001 E. Hector Street, Suite 220
Conshohocken, PA  19428


Monroeville Municipal Authority
219 Speelman Lane
Monroeville, PA  15146


NCO  Financial
P.O. Box 15270
Wilmington, DE  19850

Ronda J. Winnecour, Trustee
600 Grant Street, Suite 3250 USX Tower
Pittsburgh, PA 15219

West Asset Management
7171 Mercy Road
Omaha, NE  68106