Form 314

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Nancy J. Brown** | : | Case No. 17−20418−GLT |
| **fka Nancy J. Gorman** | : | Chapter: 13 |
| *Debtor(s)* | : | Next Hearing Date: July 6, 2017 at |
| | : | 10:00 A.M. |

## ORDER

     *AND NOW,* this **11th day of May, 2017,** as a result of the Proceeding held on May 8, 2017, it is hereby **ORDERED, ADJUDGED and DECREED** as follows: (only the provisions checked below apply to this case).

☐      A.      The Parties cannot resolve the plan disputes, therefore, **on or before June 29, 2017,** all *Objections* to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. ***Objections which are not timely filed will not be considered.***

               *On July 6, 2017 at 10:00 AM,* a Conciliation Conference is scheduled in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at which time the Proponent of any *Objection* to the *Plan* and Counsel for the Debtor(s) shall appear and mediate the issues raised in the *Objection*.

               If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☑      B.      ***On or before May 29, 2017,*** the Debtor shall file an ***Amended Plan***, serving a copy of the *Amended Plan* and this *Order* on the Chapter 13 Trustee and all interested parties (all Parties listed on the current mailing matrix) and file a Certificate of Service with the Clerk of the Bankruptcy Court. *Failure to timely comply with the filing of the Amended Plan referred to in this Order will result in the automatic dismissal of this case without further notice or hearing.* ***On or before June 29, 2017, Objections*** to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. ***Objections which are not timely filed will not be considered.***

               ***On July 6, 2017 at 10:00 AM,*** a Conciliation Conference is scheduled in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at which time the Proponent of any Objection to the Plan and Counsel for the Debtor(s) shall appear and mediate the issues raised in the Objection.

               If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

continued on reverse side or next page

☐    C.

It is **FURTHER ORDERED** that the Debtor shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due, *time being of the essence*. The first payment is due thirty (30) days after the Chapter 13 Plan has been filed. Any failure to make pre−confirmation payments to the Trustee may result in the dismissal of the case upon the Trustee.s written or oral motion made prior to the or at the plan confirmation hearing.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

If Paragraph A, above, is checked, Case Administrator to serve all Parties on the Mailing Matrix.

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                              Case No. 17-20418-GLT
Nancy J. Brown                                                      Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2         User: dbas              Page 1 of 2                  Date Rcvd: May 11, 2017
                             Form ID: 314            Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2017.
db             +Nancy J. Brown,    441 Thomas Street,    Monroeville, PA 15146-4660
cr             +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA  15219,   UNITED STATES 15219-6101
14359281       +Alfieri Funeral Home, Inc.,    201 Marguerite Avenue,    Wilmerding, PA 15148-1207
14359282       +Bank Of America,    PO Box 15222,    Wilmington, DE 19886-5222
14402844       +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14360008       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14359284      #+Equitable Gas,    PO Box 6766,    Pittsburgh, PA 15212-0766
14359286       +Monroeville Municipal Authority,    219 Speelman Lane,    Monroeville, PA 15146-3903
14359287       +NCO  Financial,    P.O. Box 15270,    Wilmington, DE 19850-5270
14367173       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14407360       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14359283       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM May 12 2017 00:52:30      Duquesne Light Company,
                 Payment Processing Center,    Pittsburgh, PA 15267-0001
14382972       +E-mail/PDF: resurgentbknotifications@resurgent.com May 12 2017 00:57:48
                 PYOD, LLC its successors and assigns as assignee,    of Springleaf Financial Services Of,
                 Indiana, Inc.,    Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
14359288       +E-mail/Text: RMOpsSupport@alorica.com May 12 2017 00:52:18      West Asset Management,
                 7171 Mercy Road,    Omaha, NE 68106-2620
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14359659*      +Alfieri Funeral Home, Inc.,    201 Marguerite Avenue,    Wilmerding, PA 15148-1207
14369540*      +Alfieri Funeral Home, Inc.,    201 Marguerite Avenue,    Wilmerding, PA 15148-1207
14359660*      +Bank Of America,    PO Box 15222,    Wilmington, DE 19886-5222
14369541*      +Bank Of America,    PO Box 15222,    Wilmington, DE 19886-5222
14359661*      +Duquesne Light Company,    Payment Processing Center,    Pittsburgh, PA 15267-0001
14369542*      +Duquesne Light Company,    Payment Processing Center,    Pittsburgh, PA 15267-0001
14359662*      +Equitable Gas,    PO Box 6766,    Pittsburgh, PA 15212-0766
14369543*      +Equitable Gas,    PO Box 6766,    Pittsburgh, PA 15212-0766
14359663*      +Gordon & Weinberg, P.C.,    1001 E. Hector Street, Suite 220,    Conshohocken, PA 19428-2395
14369544*      +Gordon & Weinberg, P.C.,    1001 E. Hector Street, Suite 220,    Conshohocken, PA 19428-2395
14359664*      +Monroeville Municipal Authority,    219 Speelman Lane,    Monroeville, PA 15146-3903
14369545*      +Monroeville Municipal Authority,    219 Speelman Lane,    Monroeville, PA 15146-3903
14359665*      +NCO  Financial,    P.O. Box 15270,    Wilmington, DE 19850-5270
14369546*      +NCO  Financial,    P.O. Box 15270,    Wilmington, DE 19850-5270
14359666*      +West Asset Management,    7171 Mercy Road,    Omaha, NE 68106-2620
14369547*      +West Asset Management,    7171 Mercy Road,    Omaha, NE 68106-2620
14359285     ##+Gordon & Weinberg, P.C.,    1001 E. Hector Street, Suite 220,    Conshohocken, PA 19428-2395
                                                                                TOTALS: 2, * 18, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2017                                  Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: dbas                  Page 2 of 2                    Date Rcvd: May 11, 2017
                               Form ID: 314                Total Noticed: 14
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2017 at the address(es) listed below:
              Franklin L. Robinson, Jr.    on behalf of Debtor Nancy J. Brown frobi69704@aol.com,
               flrlegal@excite.com
              James  Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7
```