Case 17-20418-GLT    Doc 41    Filed 06/22/17    Entered 06/23/17 00:57:53    Desc Imaged
Certificate of Notice    Page 1 of 2

FILED
6/20/17 10:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nancy J. Brown fka Nancy J. Gorman<br>    Debtor<br><br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust, its successors and/or assigns<br>    Movant<br>    vs.<br><br>Nancy J. Brown fka Nancy J. Gorman<br>    Debtor<br><br>Ronda J. Winnecour<br>    Trustee | CHAPTER 13<br><br><br><br>NO. 17-20418 GLT<br><br><br><br>11 U.S.C. Section 362<br><br>Related to Docket No. 39 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust, which was filed with the Court on or about **May 4, 2017** docket NO. 30.

Respectfully submitted,

/s/ **James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
Attorney ID# 42524
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
jwarmbrodt@kmllawgroup.com
412-430-3594

June 19, 2017

*(signature)* drb

SO ORDERED
June 20, 2017

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-20418-GLT
Nancy J. Brown                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil          Page 1 of 1           Date Rcvd: Jun 20, 2017
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2017.
db              +Nancy J. Brown,    441 Thomas Street,    Monroeville, PA 15146-4660

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2017 at the address(es) listed below:
      Franklin L. Robinson, Jr.    on behalf of Debtor Nancy J. Brown frobi69704@aol.com,
       flrlegal@excite.com
      James Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
       Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
       bkgroup@kmllawgroup.com
      Jeffrey R. Hunt     on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
       cnoroski@grblaw.com
      Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
       rive.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                                                                                                                                    TOTAL: 7