IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: )<br>NANCY J. BROWN, )<br>**Debtor(s)** )<br> )<br>CREDIT ACCEPTANCE CORPORATION, )<br>**Movant** )<br> )<br>v. )<br> )<br>NANCY J. BROWN )<br>STEPHEN ROBERTS, )<br>**Respondent(s)** )<br> )<br>RONDA J. WINNECOUR, )<br>**Trustee** | Bankruptcy No. 17-20418-GLT<br><br>Chapter 13<br><br>Related To Document No. 49 and 50<br><br>**Response Deadline:  10/12/17**<br><br>**Hearing Date:  11/1/17 at 10:30 AM** |

### CERTIFICATE OF SERVICE

I, __William E. Craig__, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on September 25, 2017 I served by United States mail, first class, postage prepaid, the Notice Of Motion With Response Deadline and Hearing Date and a copy of the Motion For Relief From Stay And Co-Debtor Relief filed in this proceeding on:

| | | |
|---|---|---|
| Nancy J. Brown<br>441 Thomas Street<br>Monroeville, PA 15146<br>(Debtor) | Stephen Roberts<br>441 Thomas Street<br>Monroeville PA 15146<br>(Co- Debtor) | Franklin L. Robinson, Jr.<br>5907 Penn Avenue, Suite 212<br>Pittsburgh, PA 15206<br>(Attorney For Debtor) |
| | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(Trustee) | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>(U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
PA ID # 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
bcraig@mortoncraig.com
(856) 866-0100