# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** NANCY J. BROWN
**Case Number:** 17-20418-GLT  **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 05, 2017 10:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#45 - Amended Plan Dated 7/21/2017 (NFC)
R / M #: 45 / 0

### Appearances:

Debtor: *Robinson*
Trustee: Winnecour / (Bedford) Pail / Katz
Creditor: *LMP pending - (motion to allow filed)*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to **2-8-18** at **1:00**.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/29/2017   10:23:53AM