IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| NANCY J. BROWN, ) | Bankruptcy No. 17-20418-GLT |
| **Debtor(s**) ) | |
| ) | Chapter 13 |
| CREDIT ACCEPTANCE CORPORATION, ) | |
| **Movant** ) | Related To Document No. 60 |
| ) | |
| v. ) | |
| ) | **Response Deadline:  10/12/17** |
| NANCY J. BROWN ) | |
| STEPHEN ROBERTS, ) | **Hearing Date:  11/1/17 at 10:30 AM** |
| **Respondent(s)** ) | |
| ) | |
| RONDA J. WINNECOUR, ) | |
| **Trustee** | |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on October 17, 2017 I served by United States mail, first class, postage prepaid, the Default Order on Motion for Relief from Automatic Stay and Co-Debtor Stay in this proceeding on:

| | | |
|---|---|---|
| Nancy J. Brown | Stephen Roberts | Franklin L. Robinson, Jr. |
| 441 Thomas Street | 441 Thomas Street | 5907 Penn Avenue, Suite 212 |
| Monroeville, PA 15146 | Monroeville PA 15146 | Pittsburgh, PA 15206 |
| (Debtor) | (Co- Debtor) | (Attorney For Debtor) |
| | | |
| | Ronda J. Winnecour | Office of the United States Trustee |
| | Suite 3250, USX Tower | Liberty Center |
| | 600 Grant Street | 1001 Liberty Avenue, Suite 970 |
| | Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| | (Trustee) | (U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

                                                  _/s/William E. Craig____
                                                  William E. Craig, Esquire
                                                  PA ID # 92329
                                                  Morton & Craig LLC
                                                  110 Marter Avenue, Suite 301
                                                  Moorestown, NJ 08057
                                                  bcraig@mortoncraig.com
                                                  (856) 866-0100