# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** NANCY J. BROWN
**Case Number:** 17-20418-GLT     **Chapter:** 13
**Date / Time / Room:** THURSDAY, FEBRUARY 08, 2018 01:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#45 - Continued Confirmation of Plan Dated 7/21/2017 (NFC)
R / M #:  45 / 0

### *Appearances:*

Robinson

Debtor:
Trustee: Winnecour / (Pail) Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. ✓ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Handwritten notes:* No pmt since 8/17. Counsel / debtor have no defense. T consents.



RECEIVED
FEB -9 [illegible]
CLERK, U.S. [BANKRUPTCY] COURT
WEST DIST. OF PENNSYLVANIA

1/31/2018   4:07:27PM