FILED
3/6/18 4:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                               :
                                                     :        Case No.  17-20418-GLT
NANCY J. BROWN,                                      :        Chapter 13
                                                     :
                        Debtor.                      :
_____:

### ORDER DISMISSING CASE WITHOUT
### PREJUDICE AND TERMINATING WAGE ATTACHMENT

        **AND NOW**, an oral motion (the "Motion") to dismiss this case having been made by the Chapter 13 Trustee (the "Trustee"), and notice of the Motion having been given and no response or objection having been filed, it is hereby **ORDERED, ADJUDGED AND DECREED that**:

        1.    The above-captioned case is **DISMISSED without prejudice**.   The Debtor(s) remain(s) legally liable for all his/her/their debts as if the bankruptcy petition had not been filed.  Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349.  Creditors are directed to 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect.  Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs or 30 days after the date of this Order, whichever is later.

        2.    Each income attachment issued in this case is now terminated.  So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this Order on such employer and entity.

        3.    The Court retains jurisdiction over the Trustee's final report and account and the Trustee's certificate of distributed funds.  Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further Order of Court.

        4.    The Clerk of Court shall give notice to all creditors of this dismissal

Dated: March 6, 2018

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to mail to:
All Creditors and Parties in Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-20418-GLT
Nancy J. Brown                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 2          Date Rcvd: Mar 06, 2018
                             Form ID: pdf900         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2018.
```
db          +Nancy J. Brown,   441 Thomas Street,   Monroeville, PA 15146-4660
cr          +County of Allegheny,   Goehring, Rutter, and Boehm,   437 Grant Street, 14th Floor,
             Frick Building,   Pittsburgh, PA 15219,   UNITED STATES 15219-6101
cr          +Credit Acceptance Corporation,   25505 W. Twelve Mile Road,   PO Box 513,
             Southfield, MI 48037-0513
14359281    +Alfieri Funeral Home, Inc.,   201 Marguerite Avenue,   Wilmerding, PA 15148-1207
14359282    +Bank Of America,   PO Box 15222,   Wilmington, DE 19886-5222
14402844    +County of Allegheny,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
             437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14360008    +Credit Acceptance,   25505 West Twelve Mile Rd,   Suite 3000,   Southfield MI 48034-8331
14359286    +Monroeville Municipal Authority,   219 Speelman Lane,   Monroeville, PA 15146-3903
14359287    +NCO Financial,   P.O. Box 15270,   Wilmington, DE 19850-5270
14407360    +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
             Pittsburgh, PA 15233-1828
14649192    +Rushmore Loan Management Services,   P.O. Box 55004,   Irvine, CA 92619-5004
14649193    +Wilmington Savings Fund Society, FSB, d/b/a Christ,   C/O Rushmore Loan Management Services,
             P.O. Box 55004,   Irvine, CA 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14359283    +E-mail/Text: kburkley@bernsteinlaw.com Mar 07 2018 02:43:44   Duquesne Light Company,
             Payment Processing Center,   Pittsburgh, PA 15267-0001
14521592    +E-mail/Text: kburkley@bernsteinlaw.com Mar 07 2018 02:43:44   Duquesne Light Company,
             c/o Peter J. Ashcroft,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
             Pittsburgh, PA 15219-1945
14638754     E-mail/PDF: resurgentbknotifications@resurgent.com Mar 07 2018 02:42:43
             LVNV Funding LLC C/O Resurgent Capital Services,   PO BOX 10675,   Greenville, SC 29603-0675
14519109    +E-mail/Text: bankruptcy@bt@mcmcg.com Mar 07 2018 02:43:23   MIDLAND FUNDING LLC,
             PO BOX 2011,   WARREN, MI 48090-2011
14367173    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 07 2018 02:42:48
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14382972    +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 07 2018 02:42:36
             PYOD, LLC its successors and assigns as assignee,   of Springleaf Financial Services Of,
             Indiana, Inc.,   Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
14638492    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 07 2018 02:48:10   Verizon,
             by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14359288    +E-mail/Text: RMOpsSupport@alorica.com Mar 07 2018 02:43:31   West Asset Management,
             7171 Mercy Road,   Omaha, NE 68106-2620
                                                                                     TOTAL: 8
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Duquesne Light Company
cr           Wilmington Savings Fund Society, FSB, d/b/a Christ
cr*         +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr*         +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
             Pittsburgh, PA 15233-1828
14369540*   +Alfieri Funeral Home, Inc.,   201 Marguerite Avenue,   Wilmerding, PA 15148-1207
14359659*   +Alfieri Funeral Home, Inc.,   201 Marguerite Avenue,   Wilmerding, PA 15148-1207
14359660*   +Bank Of America,   PO Box 15222,   Wilmington, DE 19886-5222
14369541*   +Bank Of America,   PO Box 15222,   Wilmington, DE 19886-5222
14359661*   +Duquesne Light Company,   Payment Processing Center,   Pittsburgh, PA 15267-0001
14369542*   +Duquesne Light Company,   Payment Processing Center,   Pittsburgh, PA 15267-0001
14359662*   +Equitable Gas,   PO Box 6766,   Pittsburgh, PA 15212-0766
14369543*   +Equitable Gas,   PO Box 6766,   Pittsburgh, PA 15212-0766
14359663*   +Gordon & Weinberg, P.C.,   1001 E. Hector Street, Suite 220,   Conshohocken, PA 19428-2395
14369544*   +Gordon & Weinberg, P.C.,   1001 E. Hector Street, Suite 220,   Conshohocken, PA 19428-2395
14359664*   +Monroeville Municipal Authority,   219 Speelman Lane,   Monroeville, PA 15146-3903
14369545*   +Monroeville Municipal Authority,   219 Speelman Lane,   Monroeville, PA 15146-3903
14359665*   +NCO Financial,   P.O. Box 15270,   Wilmington, DE 19850-5270
14369546*   +NCO Financial,   P.O. Box 15270,   Wilmington, DE 19850-5270
14359666*   +West Asset Management,   7171 Mercy Road,   Omaha, NE 68106-2620
14369547*   +West Asset Management,   7171 Mercy Road,   Omaha, NE 68106-2620
14359284    ##+Equitable Gas,   PO Box 6766,   Pittsburgh, PA 15212-0766
14359285    ##+Gordon & Weinberg, P.C.,   1001 E. Hector Street, Suite 220,   Conshohocken, PA 19428-2395
                                                                     TOTALS: 2, * 18, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2        User: bsil              Page 2 of 2            Date Rcvd: Mar 06, 2018
                           Form ID: pdf900         Total Noticed: 20
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2018 at the address(es) listed below:
          Franklin L. Robinson, Jr.   on behalf of Debtor Nancy J. Brown frobi69704@aol.com,
          flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
          James  Warmbrodt   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
          Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
          bkgroup@kmllawgroup.com
          Jeffrey R. Hunt   on behalf of Creditor   County of Allegheny jhunt@grblaw.com,
          cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;acar@bernsteinlaw.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          William E. Craig   on behalf of Creditor   Credit Acceptance Corporation ecfmail@mortoncraig.com,
          mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                               TOTAL: 8
```