**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| NANCY J. BROWN | Case No.:17-20418 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 02/03/2017 and confirmed on 07/06/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,600.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,600.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 900.83 | |
|    Trustee Fee | 114.20 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,015.03 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF AMERICA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3383 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY FS | 0.00 | 1,584.97 | 0.00 | 1,584.97 |
|     Acct: 9078 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY FS | 34,984.82 | 0.00 | 0.00 | 0.00 |
|     Acct: 9078 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 54.98 | 0.00 | 0.00 | 0.00 |
|     Acct: J370 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 66.16 | 0.00 | 0.00 | 0.00 |
|     Acct: J370 | | | | |
|   CREDIT ACCEPTANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5739 | | | | |
| | | | | 1,584.97 |
| **Priority** | | | | |
|   FRANKLIN L ROBINSON JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NANCY J. BROWN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 17-20418 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| FRANKLIN L ROBINSON JR ESQ | 3,510.00 | 900.83 | 0.00 | 0.00 |
| Acct: | | | | |
| PITTSBURGH SD (CITY OF PGH) (EIT) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS | 1,400.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9078 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| ALFIERI FUNERAL HOME | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DUQUESNE LIGHT COMPANY* | 4,066.01 | 0.00 | 0.00 | 0.00 |
| Acct: 1389 | | | | |
| EQUITABLE GAS CO(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0018 | | | | |
| LVNV FUNDING LLC | 1,470.92 | 0.00 | 0.00 | 0.00 |
| Acct: 6568 | | | | |
| MUNICIPAL AUTHORITY OF MONROEVILLE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6110 | | | | |
| BERNSTEIN-BURKLEY PC (FORMERLY FO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| NCO FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5676 | | | | |
| NCO FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5676 | | | | |
| NCO FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5272 | | | | |
| WEST ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5836 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PYOD LLC - ASSIGNEE | 5,034.01 | 0.00 | 0.00 | 0.00 |
| Acct: 2410 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 3,156.10 | 900.00 | 0.00 | 0.00 |
| Acct: 9012 | | | | |
| MIDLAND FUNDING LLC | 575.73 | 0.00 | 0.00 | 0.00 |
| Acct: 3877 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR V | 119.57 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| CREDIT ACCEPTANCE CORP* | 10,125.26 | 0.00 | 0.00 | 0.00 |
| Acct: 5739 | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                                                                1,584.97

```
TOTAL CLAIMED
  PRIORITY              1,400.00
  SECURED              35,105.96
  UNSECURED            24.547.60
```

Date: 04/17/2018                                     /s/ Ronda J. Winnecour
                                                     RONDA J WINNECOUR PA ID #30399
                                                     CHAPTER 13 TRUSTEE WD PA
                                                     600 GRANT STREET
                                                     SUITE 3250 US STEEL TWR
                                                     PITTSBURGH, PA  15219
                                                     (412) 471-5566
                                                     cmecf@chapter13trusteewdpa.com